**Reinstated; Motion Granted; Order filed December 23, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00427-CR
_____

**NARJES MODARRESI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 339th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1260243**

## ORDER

On December 18, 2014, this court abated this appeal and requested that the trial court conduct a hearing to determine the reason for the failure to file appellant's brief. Appellant's counsel, Vivian R. King, filed a motion for extension of time to file appellant's brief, which contained a reasonable explanation for the late brief. Accordingly, we order the appeal **REINSTATED.** We **GRANT** appellant's request for an extension of time to file appellant's brief to **January 30, 2015,** with a notation that no further extensions of time will be granted absent

exceptional circumstances.

The request for the trial court to conduct a hearing to determine the reason for the failure to file a brief is **WITHDRAWN.**


PER CURIAM